# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| TAB QUENTIN EVANS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:17-CV-1389 SPM |
| ST. LOUIS CARP. DIST. CNCL., et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion to file a second amended complaint. Plaintiff was granted leave to proceed in forma pauperis in this matter on August 3, 2017. After reviewing the second amended complaint in its entirety, the Court will grant plaintiff's motion and order service to be effectuated by the U.S. Marshal's Office. However, plaintiff's motion for appointment of counsel will not be granted at this time. Plaintiff has shown that he has the ability to represent himself at this juncture, and the legal proceedings are not so complex to be arduous.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to file a second amended complaint [Doc. #8] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to issue process or cause process to issue on the second amended complaint at the addresses provided by plaintiff in the second amended complaint.

**IT IS FURTHER ORDERED** that plaintiff's motion for appointment of counsel [Doc. #3] is **DENIED** at this time.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of October, 2017.