# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

TAB QUENTIN EVANS,     )
                        )
        Plaintiff,     )
                        )      Consolidated Case
        v.            )      No. 4:17-CV-1389 SPM
                        )
ST. LOUIS CARP. DIST. CNCL., et al,     )
                        )
        Defendants.     )
                        )
_____     )
                        )
TAB QUENTIN EVANS,     )
                        )
        Plaintiff,     )
                        )      Associated Case
        v.            )      No. 4:17-CV-1390 SPM
                        )
ST. LOUIS CARP. DIST. CNCL., et al.,     )
                        )
        Defendants.     )

## <u>MEMORANDUM AND ORDER</u>

This matter is before the Court upon its own motion. Plaintiff has filed two actions against defendant. Because the complaints involve common questions of law and fact, the Court finds that the cases should be consolidated under Fed. R. Civ. P. 42 to avoid unnecessary costs and to promote judicial efficiency.

Accordingly,

**IT IS HEREBY ORDERED** that *Evans v. St. Louis Carpenters District Council, et al.*, No. 4:17-CV-1390 SPM, is consolidated into *Evans v. St. Louis Carpenters District Council, et al.,* 4:17-CV-1389 SPM, for remaining pretrial proceedings and trial. All future pleadings shall be

filed as Consolidated Case No. 4:17-CV-1390 SPM, with the consolidated case caption set forth above.

**IT IS FURTHER ORDERED** that this Memorandum and Order shall be filed in both *Evans v. St. Louis Carpenters District Council, et al.*, No. 4:17-CV-1390 SPM and *Evans v. St. Louis Carpenters District Council, et al.,* 4:17-CV-1389 SPM.

**IT IS FURTHER ORDERED** that *Evans v. St. Louis Carpenters District Council, et al.*, No. 4:17-CV-1390 SPM shall be administratively closed and no further filings shall be accepted in that closed case.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of October, 2017.